1

2

3

4                  UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6

7   SHERRY YALI LIU,                    Case No.  23-cv-03109-AMO

8              Plaintiff,

9        v.                             **ORDER GRANTING
                                        ADMINISTRATIVE MOTION TO**
10  KAISER PERMANENTE EMPLOYEES         **BIFURCATE MOTION TO DISMISS**
    PENSION PLAN FOR THE                **AND MOTION FOR SUMMARY**
11  PERMANENTE MEDICAL GROUP, INC.,     **ADJUDICATION**
    et al.,
12                                      Re: Dkt. No. 41
             Defendants.

13

14        Before the Court is Defendants' Administrative Motion to Bifurcate Defendants' Motion to

15  Dismiss the First Amended Complaint from Plaintiff's Motion for Summary Adjudication.

16  Having read the parties' papers and carefully considered their arguments and the relevant legal

17  authority, the Court hereby **GRANTS** the motion to bifurcate.  In particular, the Court finds

18  consideration of summary adjudication imprudent at this stage because Defendants represent that

19  they require additional discovery to defend against Plaintiff's claims.  *See generally* Fed. R. Civ.

20  Pro. 56(d).[1]  The Court prefers to consider summary adjudication on a fuller record.

21        The Court accordingly orders that:

22        (1) Defendants' Motion to Dismiss the First Amended Complaint is bifurcated from

23            Plaintiff's Motion for Summary Adjudication;

24        (2) The opposition and reply briefs and hearing on Plaintiff's MSA are vacated;

25        (3) The parties shall meet and confer on the briefing schedule and hearing date on

26

27  _____
    [1] Rule 56(d) requires a showing "affidavit or declaration that, for specified reasons, it cannot
28  present facts essential to justify its opposition."  Despite Defendants' failure to comply with this
    requirement, the Court finds it appropriate to permit Defendants' discovery to fully defend against
    a motion for summary judgment.

*United States District Court*
*Northern District of California*

1  Plaintiff's MSA and include this proposed schedule in the joint case management

2  statement; and

3  (4) The Court will set these dates at the case management conference or in a post-case

4  management conference scheduling order.

5  **IT IS SO ORDERED.**

6  Dated: February 6, 2024

7

8

**ARACELI MARTÍNEZ-OLGUÍN**
9  **United States District Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California